

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00034-CR

_____

SUSIE ANN PICKROM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 34,043-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Susie Ann Pickrom, appellant, has filed with this Court a motion to dismiss her appeal. The motion is signed by Pickrom and by her counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     April 24, 2008
Date Decided:       April 25, 2008

Do Not Publish